# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| CARLOS RUTHERFORD, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:23- CV-82 RLW |
| BUTLER COUNTY MISSOURI, DAVID LIGHT, SAMI TSCHERNING, CODY WILSON, and MARK DOBBS, | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on Plaintiff's Notice of Dismiss with Prejudice. (ECF No. 10). As no Defendant has filed an answer, Plaintiff may dismiss this action as a matter of right. See Rule 41(a)(1)(A)(i).

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall make an entry in the docket record reflecting the dismissal of this action with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i).

_Ronnie L. White_
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this   25th   day of July, 2023.